IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REINALDO G. RAMOS and JULIETA R. RAMOS,<br><br>        Plaintiffs,<br><br>   v.<br><br>AURORA LOAN SERVICES, et al.<br><br>        Defendants. | No. C 09-5579 CW<br><br>ORDER DISMISSING CLAIMS AGAINST DEFENDANT ALI REZA BEHBOOD AND REFERRING CASE TO MAGISTRATE JUDGE |

   Plaintiffs Reinaldo G. Ramos and Julieta R. Ramos did not serve Defendant Ali Reza Behbood within 120 days of filing their complaint, as required by Federal Rule of Civil Procedure 4(m).  At the April 27, 2010 case management conference, the Court directed Plaintiffs to move for additional time to serve Defendant Behbood if they intended to pursue their claims against him.  Because Plaintiffs did not file such a motion within one week of the CMC, as instructed, the Court dismisses without prejudice their claims against Defendant Behbood.

   Pursuant to the remaining parties' consent, this action is referred for all further proceedings, including trial, and the entry of a final judgment to a Magistrate Judge to be heard and considered at the convenience of that Judge's calendar.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

   IT IS SO ORDERED.

Dated: May 12, 2010

_____
CLAUDIA WILKEN
United States District Judge