**LAW OFFICE OF SHARON L. LAPIN**
SHARON L. LAPIN, ESQ. (SBN165919)
336 BON AIR CENTER, SUITE 492
GREENBRAE, CA 94904
TELEPHONE: (415)-258-1651
email: lapinlaws@juno.com

Attorney for Plaintiffs,
**REINALDO G. RAMOS AND JULIETA R. RAMOS**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REINALDO G. RAMOS AND JULIETA R. RAMOS,<br><br>Plaintiffs,<br>v.<br><br>FIRST MAGNUS FINANCIAL CORPORATION; QUALITY LOAN SERVICE CORPORATION; AMERI-TECH PROPERTIES; BRIAN T. HUGHES; and DOES 1-20 inclusive,<br><br>Defendants.<br>_______________________________________/ | CASE NO. 3:09-CV-05579-EMC<br><br>**STIPULATION TO DISMISS ACTION, WITHOUT PREJUDICE** ; ORDER |

It is hereby stipulated, by and between the parties hereto, through their respective counsel, and undersigned, that the above-captioned matter be and the same is hereby Dismissed, without prejudice and without cost or attorney fees to either party.

/ / /

/ / /

Date: August 20, 2010

/s/ Sharon L. Lapin
SHARON L. LAPIN
Attorney for Plaintiffs, **REINALDO G. RAMOS and JULIETA R. RAMOS**

Date: August 20, 2010

/s/ Anthony E. Pagkas
ANTHONY E. PAGKAS
Attorney for Defendants,
**AMERI-TECH PROPERTIES and BRIAN T. HUGHES**

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA

______________________
Edward M. Chen
U.S. Magistrate Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA )<br>
)ss.<br>
COUNTY OF SACRAMENTO )

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 2882 Prospect Park Dr, Ste 350, Rancho Cordova, California, 95670

On this date I served the foregoing document described as follows: **Stipulation to Dimsiss Action**

on the following interested parties in this action:

SEE ATTACHED SERVICE LIST

The following is the procedure in which service of this document was effected:

❑ Facsimile, Time: _____ P.M.; Date:

❑ Federal Express, Priority Overnight

❑ United Parcel Service, Next Day Air

❑ United States Mail,

X By Electronic Mail - I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the above listed CM/ECF registrants.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the State of California and that this declaration was executed on August 20, 2010 at Sacramento, California.

/s/ Andrea E. Stafford<br>
ANDREA E. STAFFORD

**SERVICE LIST**

| | |
|---|---|
| Anthony E. Pagkas<br>Law Offices of Anthony E. Pagkas<br>75 E. Santa Clara Stret, Suite 1210<br>San Jose, CA 95113<br>(408) 291-5401<br>Fax: (408) 291-5302<br>e-mail: pagkas@yahoo.com | Representing<br>Ameri-Tech Properties<br>Brian Hughes |